*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BS-831**

IN RE JENIFER WICKS, ESQUIRE,
    Respondent.

A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration Number:** 465476

**Disciplinary Docket Nos.:**
2020-D187, 2021-D124, 2021-D125.

BEFORE: Beckwith and Easterly, Associate Judges, and Washington, Senior Judge.

### O R D E R
(FILED—November 17, 2022)

On consideration of the petition of the Board on Professional Responsibility ("Board") pursuant to D.C. Bar R. XI, § 13(c), to suspend respondent indefinitely based on disability, the Board's motion to file under seal, Respondent's response thereto, and it appearing that neither Respondent nor Disciplinary Counsel had interposed any objection thereto, it is

ORDERED that Disciplinary Counsel's motion to file under seal is granted. It is

FURTHER ORDERED that Respondent is indefinitely suspended from the practice of law based on disability, effective immediately, and any pending disciplinary matters be held in abeyance pursuant to D.C. Bar R. XI, § 13(g). It is

FURTHER ORDERED that Respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

FURTHER ORDERED that Respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g), with the court and the Board shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**